IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                        CASE NO. 4:09-cr-25-RH -GRJ

TONY EDWARD DENSON

_____/

**O R D E R**

This matter is before the Court on Doc. 56, Government's Motion For Extension of Time of Response. The United States requests a thirty day extension of time to file a response to Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By Federal Prisoner, doc. 52, because of counsel's trial schedule.

Upon due consideration, it is **ORDERED**:

1. That the Government's Motion For Extension of Time of Response, Doc. 56, is **GRANTED.** The United States shall file its response **on or before May 12, 2011.**

2. Petitioner may file a reply by **June 13, 2011**.

**DONE AND ORDERED** this 7th day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge