IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:09-cr-25-RH-GRJ

TONY EDWARD DENSON,
_____/

**O R D E R**

This matter is before the Court on Doc. 78, Defendant's "Petition in the Form of a Motion for Disposition under 28 USC § 2243" with respect to his pending motion to vacate pursuant to 28 U.S.C § 2255.  Upon due consideration, the instant motion is **GRANTED.**  Defendant is advised that the motion to vacate is pending review by the Court, consistent with the Court's general practice of resolving such motions in the order in which they are filed.

**DONE AND ORDERED** this 16th day of October 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge