IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 4:09-cr-25-RH-GRJ

TONY EDWARD DENSON,
_____/

## O R D E R

This matter is before the Court on Doc. 80, Petitioner's "Motion for Permission to Amend and/or Supplement Movant's 28 U.S.C. § 2255 to Vacate and Set Aside or Correct Sentence by a Federal Prisoner." Petitioner wishes to amend his petition under § 2255 to include an argument that insofar as his challenge to his designation as a career offender was procedurally defaulted, that default should be excused because he is actually innocent of the career offender designation. (Doc. 80, at 2.) The Government will be required to file a response to Petitioner's motion. The motion will be taken under consideration once the Government's response is received.

Accordingly, it is **ORDERED** that:

The Government must file a response to Petitioner's motion to amend, Doc. 80.

The response must be filed **on or before December 31, 2012.**

**DONE AND ORDERED** this 11th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge